DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ANTONIO M. LEWIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2717

_____

January 2, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

PER CURIAM.

    Affirmed.

NORTHCUTT, MORRIS, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.